# Exhibit 2

| US10992755B1 | Mobileye Supervision ("The accused instrumentality") |
|---|---|
| 1. A method for navigating a smart vehicle, comprising: | The accused instrumentality discloses a method for navigating a smart vehicle (e.g., an autonomous vehicle, etc.).<br><br>As shown below, the accused instrumentality is a driver-assist system that provides navigation assistance to a vehicle driver.<br><br><br><br>https://www.mobileye.com/ |

# What is Mobileye SuperVision™?

Mobileye SuperVision™ is our most advanced driver-assist system on the market, providing "hands-off" navigation capabilities of an autonomous vehicle and designed to handle standard driving functions on all regular road types, while still always requiring the driver's full attention and eyes on the road.

https://www.mobileye.com/solutions/super-vision/



https://www.mobileye.com/solutions/super-vision/



https://www.mobileye.com/solutions/super-vision/



https://www.mobileye.com/solutions/adas/

| receiving images for a road segment from one | The accused instrumentality discloses receiving images for a road segment (e.g., camera frames of the road scene) from one or more cameras (e.g., front-facing cameras, etc.) in a plurality of vehicles (e.g., EyeQ-equipped vehicles) to generate a crowd-sourced high definition |

| | |
|---|---|
| or more cameras in a plurality of vehicles to generate a crowd-sourced high definition (HD) map of the road segment by receiving road image data and distance data from the plurality of vehicles where the smart vehicle uses a laser sensor and combining the images and distance data from each vehicle to create a 3D model of the road segment; | (HD) map (e.g., crowdsourced map) of the road segment by receiving road image data and distance data (e.g., raw imagery data and dense 3D representations of the driving environment) from the plurality of vehicles (e.g., EyeQ-equipped vehicles) where the smart vehicle (e.g., an autonomous vehicle) uses a laser sensor (e.g., lidar sensor of the EyeQ-equipped vehicle) and combining the images and distance data (e.g., raw imagery data and dense 3D representations of the driving environment) from each vehicle (e.g., EyeQ-equipped vehicle) to create a 3D model of the road segment (e.g., 3D view of the road, including vehicles, pedestrians, and road markings).<br><br>As shown below, the accused instrumentality is a driver-assist system that provides navigation assistance to a vehicle driver. The vehicles equipped with cameras collect road images while driving. Each vehicle estimates distances using vision and motion data, extracts road features, and uploads them to the cloud. Mobileye's REM system combines this crowd-sourced data to build an accurate HD map with lane-level geometry, which functions as a 3D road model for lane keeping and navigation.<br><br>## What is Mobileye SuperVision™?<br><br>Mobileye SuperVision™ is our most advanced driver-assist system on the market, providing "hands-off" navigation capabilities of an autonomous vehicle and designed to handle standard driving functions on all regular road types, while still always requiring the driver's full attention and eyes on the road.<br><br>https://www.mobileye.com/solutions/super-vision/ |

| | The SuperVision-based system leverages 11 cameras – including seven 8-megapixel cameras – and radar, along with a robust driving policy. The system runs on two Mobileye EyeQ5™ system-on-chips, an advanced custom 7-nanometer ADAS chipset, building on Mobileye's two decades of experience in applied AI and machine learning to handle AI tasks with high energy efficiency, a key consideration for electric vehicles.<br><br>https://www.mobileye.com/news/smart-chooses-mobileye-supervision-for-advanced-driving-automation/ |
| --- | --- |



https://www.mobileye.com/solutions/super-vision/



https://www.mobileye.com/solutions/adas/



https://www.mobileye.com/solutions/super-vision/

Mobileye's innovation, however, runs much deeper than how we process the data from the radar and LiDAR to the essential types of these sensors we're employing. Utilizing the expertise of our parent company, Intel, we're developing new, more advanced versions of both types of sensors, in a more cost-effective setup, specifically designed for self-driving cars.

https://www.mobileye.com/blog/radar-lidar-next-generation-active-sensors/

## Road Experience Management™

To facilitate autonomous driving anywhere in the world, we first need to map everywhere in the world. But not just any maps will do. Instead of overemphasizing global accuracy, Mobileye's crowdsourced, continuously updated map of the world digitizes precisely what AVs need — nothing more, nothing less. We're making maps for the autonomous future.

https://www.mobileye.com/technology/rem/



https://www.mobileye.com/technology/rem/

The latest addition to our portfolio of mobility solutions, Cloud-Enhanced Driver-Assist brings together two core areas of our expertise – ADAS and REM™ – and packages them in an innovative new solution, taking driver-assistance technology to the next level.



https://www.mobileye.com/blog/cloud-enhanced-driver-assist/

REM unlocks the power nascent in the proliferation of our advanced computer-vision driver-assistance technologies. A rapidly growing crowd of more than 1.5 million vehicles equipped with our latest chips continuously feed REM with a stream of data on the roads they travel. REM uploads that anonymous data in small packets to the cloud, where it's automatically compiled into the Mobileye Roadbook™ – our highly precise, continuously refreshing map of the worldwide driving environment.

https://www.mobileye.com/blog/cloud-enhanced-driver-assist/



https://www.mobileye.com/technology/rem/



https://www.mobileye.com/technology/rem/

## 1) Harnessing the Power of the Crowd



To date our technology has been fitted into more than 65 million vehicles, currently offered on hundreds of models from dozens of the world's leading automakers – including many of those deemed the safest and most advanced. With all those cars traveling the roads we need to map on an ongoing basis, all we need in order to harvest the raw data, in essence, is for even a small proportion of those vehicles to do what they're already doing and relay what they're "seeing" back to our network. REM does the rest: creating the Roadbook, constantly refreshing it, and imbuing it with a wide range of relevant parameters.

https://www.mobileye.com/blog/rem-mapping-avs/

Among those, REM can track traffic patterns, recognize colors, and read text (like on road signs) along given segments of roadway – regardless of whether those signs were present when the original map was rendered. So a Roadbook-enabled vehicle approaching a construction zone, for example, stands to already know what's coming up in advance, because other REM-harvesting vehicles will likely have already reported developments like the emergence of orange construction-zone warning signs and the shuffling of traffic out of closed-off lanes – details you wouldn't get from a conventional static map.

https://www.mobileye.com/blog/rem-mapping-avs/

### 3) Light & Lean



The most straightforward method of transmitting what those cameras are detecting might be to transmit the raw imagery or dense 3D representations of the driving environment directly to the cloud. But that would both pose potentially serious privacy concerns, and would also amount to massive amounts of data, which in turn would require incredible bandwidth to transmit.

https://www.mobileye.com/blog/rem-mapping-avs/

Mobileye's solution is to process the data at the "edge," on board the vehicle, and transmit the relevant information in much "lighter" packets of pre-classified and inherently anonymous data. These packets, which we call Road Segment Data (RSD), amount to only 10 kilobytes (roughly the size of this article's plain text) per kilometer, and can be transmitted over the cellular modems with which new cars already commonly come equipped, requiring only a sparse connection from existing 3G

https://www.mobileye.com/blog/rem-mapping-avs/



3D model

Display of a Mobileye ADAS-equipped vehicle, showing a 3D view of the road with vehicles, pedestrians, and road markings.

https://www.mobileye.com/blog/mobileyes-base-adas-a-comprehensive-customizable-approach-to-safety/

| communicating the road image | The accused instrumentality discloses communicating the road image and distance data (e.g., raw imagery data and dense 3D representations of the driving environment) from the vehicles |

| | |
|---|---|
| and distance data from the vehicles to a remote computer that applies a trained neural network to detect street signs, cross walks, obstacles, or bike lanes; updating the crowd-sourced HO map with the detected street signs, cross walks, obstacles, or bike lanes; if a new obstacle is detected, adding the new obstacle to the crowd-sourced HO map; and performing lane-keeping assistance for the smart vehicle based on the 3D model, the HD map crowd-sourced from a | (e.g., EyeQ-equipped vehicles) to a remote computer (e.g., cloud servers, etc.) that applies a trained neural network (e.g., computer vision and cloud AI, etc.) to detect street signs (e.g., traffic signs), cross walks (e.g., crosswalk markings), obstacles (e.g., a construction zone, etc.) , or bike lanes; updating the crowd-sourced HO map (e.g., crowdsourced map) with the detected street signs (e.g., traffic signs), cross walks (e.g., crosswalk markings), obstacles (e.g., a construction zone, etc.), or bike lanes; if a new obstacle (e.g., a construction zone) is detected, adding the new obstacle (e.g., a construction zone) to the crowd-sourced HO map (e.g., a crowd-sourced map); and performing lane-keeping assistance for the smart vehicle (e.g., an autonomous vehicle) based on the 3D model (e.g., 3D view of the road, including vehicles, pedestrians, and road markings), the HD map crowd-sourced (e.g., crowdsourced map) from a plurality of nearby vehicles (e.g., EyeQ-equipped vehicles), and the detected street signs (e.g., traffic signs), cross walks (e.g., crosswalk markings), obstacles (e.g., a construction zone) or bike lane.<br><br>As shown below, the accused instrumentality is a driver-assist system that provides navigation assistance to a vehicle driver. The vehicles equipped with cameras collect road images while driving. Each vehicle estimates distances using vision and motion data, extracts road features, and uploads them to the cloud. Mobileye's REM system combines this crowd-sourced data to build an accurate HD map with lane-level geometry, which functions as a 3D road model for lane keeping and navigation. The data obtained from the cameras of EyeQ-equipped vehicles is used to update maps in real time using change-detection algorithms. If multiple vehicles detect a new obstacle such as construction zone, the system identifies a map change. The HD map is then updated so other vehicles can perform accurate lane-keeping and navigation through the affected road segment. |

| | |
|---|---|
| plurality of nearby vehicles, and the detected street signs, cross walks, obstacles, or bike lane; | **What is Mobileye SuperVision™?**<br><br>Mobileye SuperVision™ is our most advanced driver-assist system on the market, providing "hands-off" navigation capabilities of an autonomous vehicle and designed to handle standard driving functions on all regular road types, while still always requiring the driver's full attention and eyes on the road.<br><br>https://www.mobileye.com/solutions/super-vision/ |



https://www.mobileye.com/solutions/super-vision/



https://www.mobileye.com/solutions/super-vision/



https://www.mobileye.com/blog/the-why-and-how-of-making-hd-maps-for-automated-vehicles/



# Mobileye Surround ADAS™

Mobileye Surround ADAS™ is a comprehensive driver-assist solution that brings hands-free driving and intelligent parking capabilities to the road. Its delivers a vertically integrated solution for for ADAS systems, while it's robust AI and high compute efficiency enable fast, context-aware decisions across a wide range of road scenarios. At its core is the EyeQ™6H, our most advanced system-on-chip, powering a multi-sensor fusion stack that combines data from surround-view cameras and radars.

Mobileye Surround ADAS™ supports flexible vehicle integration for automakers—accommodating various sensor layouts, feature configurations, and regional regulatory requirements. With precise perception and smarter driving decisions, it brings enhanced safety and comfort to everyday driving.

- Surround collision avoidance
- Lane support system
- Low-speed acceleration control
- Hands-off highway assist up to 130 kph
- Automatic lane change

https://www.mobileye.com/solutions/adas/



## Cloud-Enhanced ADAS™

Enhances the single-camera Base ADAS platform by integrating crowdsourced map data to deliver precise, centimeter-level localization. This advancement boosts ADAS performance, all without requiring extra hardware, resulting in  a more responsive, intelligent driving experience.



 Lane centering on unmarked roads

 Traffic light/sign relevancy & warning

 Occluded traffic sign support

 Advanced warning of construction areas and road hazards

 Ability to detect and adapt to changing road conditions

https://www.mobileye.com/solutions/adas/

# Road Experience Management™

To facilitate autonomous driving anywhere in the world, we first need to map everywhere in the world. But not just any maps will do. Instead of overemphasizing global accuracy, Mobileye's crowdsourced, continuously updated map of the world digitizes precisely what AVs need – nothing more, nothing less. We're making maps for the autonomous future.

https://www.mobileye.com/technology/rem/

# REM™ Gives Our Autonomous Vehicles the HD Maps They Need

Mobileye's Road Experience Management™ system leverages our expertise in computer vision and the power of the crowd to supply our autonomous vehicles with an ever-growing and constantly updating database of highly precise, high-definition digital maps.

https://www.mobileye.com/blog/rem-mapping-avs/

In stark contrast to LiDAR, the cameras that serve (both literally and figuratively) as the lens through which we apply our computer-vision technology are incredibly cost-effective – especially in relation to the high resolution and vivid color in which they're capable of capturing the environment on which they're trained. But what truly sets Mobileye apart is what we're able to do with that imagery, and the agility with which our highly specialized and efficient algorithms are able to glean meaningful insights from what our cameras are picking up out on the open road.

https://www.mobileye.com/blog/rem-mapping-avs/

In addition, the system employs Neural Network Semantic Segmentation (NSS) – a highly advanced type of artificial intelligence that automatically labels objects in an image. NSS works on an individual-pixel level, so with more pixels comes ever-higher precision. This enables the system to better identify an array of features – including environmental elements (such as snow, rain, and mud) – to inform the driver and vehicle about the condition of the road surface.

https://www.mobileye.com/blog/enhanced-computer-vision-driver-assistance/

These are just a few examples in an extensive array of practical benefits afforded by these new technological advancements. The system can also identify emergency vehicles by their flashing lights. It can recognize gestures and postures to discern whether a person standing by the road is hailing a taxi, for example, or just talking on the phone. It can find the way through intersections without lane markings, determine if a road's shoulder is safe to use in case of emergency, identify obstacles (such as oversized cargo and collapsible cranes) protruding from commercial vehicles, and even "remember" how you park in your driveway, enabling the vehicle to repeat the procedure automatically.

https://www.mobileye.com/blog/enhanced-computer-vision-driver-assistance/



https://www.mobileye.com/blog/enhanced-computer-vision-driver-assistance/



https://www.mobileye.com/technology/rem/



https://www.mobileye.com/technology/rem/



https://www.mobileye.com/technology/rem/



https://www.mobileye.com/technology/rem/

## 1) Harnessing the Power of the Crowd



To date our technology has been fitted into more than 65 million vehicles, currently offered on hundreds of models from dozens of the world's leading automakers – including many of those deemed the safest and most advanced. With all those cars traveling the roads we need to map on an ongoing basis, all we need in order to harvest the raw data, in essence, is for even a small proportion of those vehicles to do what they're already doing and relay what they're "seeing" back to our network. REM does the rest: creating the Roadbook, constantly refreshing it, and imbuing it with a wide range of relevant parameters.

https://www.mobileye.com/blog/rem-mapping-avs/

Among those, REM can track traffic patterns, recognize colors, and read text (like on road signs) along given segments of roadway – regardless of whether those signs were present when the original map was rendered. So a Roadbook-enabled vehicle approaching a construction zone, for example, stands to already know what's coming up in advance, because other REM-harvesting vehicles will likely have already reported developments like the emergence of orange construction-zone warning signs and the shuffling of traffic out of closed-off lanes – details you wouldn't get from a conventional static map.

https://www.mobileye.com/blog/rem-mapping-avs/

### 3) Light & Lean



The most straightforward method of transmitting what those cameras are detecting might be to transmit the raw imagery or dense 3D representations of the driving environment directly to the cloud. But that would both pose potentially serious privacy concerns, and would also amount to massive amounts of data, which in turn would require incredible bandwidth to transmit.

https://www.mobileye.com/blog/rem-mapping-avs/

Mobileye's solution is to process the data at the "edge," on board the vehicle, and transmit the relevant information in much "lighter" packets of pre-classified and inherently anonymous data. These packets, which we call Road Segment Data (RSD), amount to only 10 kilobytes (roughly the size of this article's plain text) per kilometer, and can be transmitted over the cellular modems with which new cars already commonly come equipped, requiring only a sparse connection from existing 3G infrastructure, without having to wait for the widespread implementation of the emerging 5G standard.

https://www.mobileye.com/blog/rem-mapping-avs/



3D model

Display of a Mobileye ADAS-equipped vehicle, showing a 3D view of the road with vehicles, pedestrians, and road markings.

https://www.mobileye.com/blog/mobileyes-base-adas-a-comprehensive-customizable-approach-to-safety/

**Mobileye-Powered ADAS Features**

A single Mobileye-powered camera mounted on the windshield can support the majority of common ADAS functions available in cars today. Common ADAS features supported by Mobileye vision perception include:

- **Lane Centering (LC):** Automatically steers the vehicle to maintain a central path within the lane.
- **Lane Departure Warning (LDW):** Alerts the driver to an unindicated (and therefore presumably unintended) lane departure.
- **Lane Keeping Assist (LKA):** Automatically steers the vehicle to stay within lane boundaries.

https://www.mobileye.com/blog/fact-sheet-mobileye-advanced-driver-assistance-systems-adas/

| | |
|---|---|
| and detecting driver impairment of the smart vehicle and navigating the smart vehicle safely based on the lane-keeping assistance. | The accused instrumentality discloses detecting driver impairment (e.g., reduced driver attention) of the smart vehicle (e.g., an autonomous vehicle) and navigating the smart vehicle (e.g., autonomous vehicle) safely based on the lane-keeping assistance (e.g., automatically increase following distance, adjust cruise control sensitivity, or limit automated lane changes). As shown below, the accused instrumentality is a driver-assist system that provides navigation assistance to a vehicle driver. It uses Driver Monitoring System which enables dynamic vehicle behaviour adjustments based on real-time driver attentiveness levels. If reduced driver attention is detected, the system can automatically increase following distance, adjust cruise |

control sensitivity, or limit automated lane changes.

# Presenting the Mobileye Driver Monitoring System™, fusing road safety inside the cabin

Mobileye introduces DMS technology that lets the driver and vehicle work together

https://www.mobileye.com/blog/presenting-the-mobileye-driver-monitoring-system-fusing-road-safety-inside-the-cabin/

The Mobileye DMS system can also be used for control functions; it enables dynamic vehicle behavior adjustments based on real-time driver attentiveness levels. If reduced driver attention is detected, the system can automatically increase following distance, adjust cruise control sensitivity, or limit automated lane changes. If driver attention is identified as insufficient, the system could require confirmation to switch lanes – for example, by prompting the driver to briefly glance at the sideview mirrors. These adaptive responses, fine-tuned by the automaker, help maintain safer driving until full driver engagement is restored.

https://www.mobileye.com/blog/presenting-the-mobileye-driver-monitoring-system-fusing-road-safety-inside-the-cabin/



# Cloud-Enhanced ADAS™

Enhances the single-camera Base ADAS platform by integrating crowdsourced map data to deliver precise, centimeter-level localization. This advancement boosts ADAS performance, all without requiring extra hardware, resulting in a more responsive, intelligent driving experience.

 Lane centering on unmarked roads

 Traffic light/sign relevancy & warning

 Occluded traffic sign support

 Advanced warning of construction areas and road hazards

 Ability to detect and adapt to changing road conditions

https://www.mobileye.com/solutions/adas/

**Mobileye-Powered ADAS Features**

A single Mobileye-powered camera mounted on the windshield can support the majority of common ADAS functions available in cars today. Common ADAS features supported by Mobileye vision perception include:

- **Lane Centering (LC):** Automatically steers the vehicle to maintain a central path within the lane.
- **Lane Departure Warning (LDW):** Alerts the driver to an unindicated (and therefore presumably unintended) lane departure.
- **Lane Keeping Assist (LKA):** Automatically steers the vehicle to stay within lane boundaries.

https://www.mobileye.com/blog/fact-sheet-mobileye-advanced-driver-assistance-systems-adas/



https://www.mobileye.com/blog/presenting-the-mobileye-driver-monitoring-system-fusing-road-safety-inside-the-cabin/